UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BRIDAL & PROM INDUSTRY ASSOCIATION, INC.; MON CHERI BRIDALS, LLC; PROMGIRL, INC.; MAGGIE SOTTERO DESIGNS, LLC; LA FEMME BOUTIQUE, INC.; PROMGIRL, LLC; ALYCE DESIGNS, INC.; ALLURE BRIDALS, INC.; NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET"; MORI LEE, LLC; LOVELANE, LLC; BONNY MT ENTERPRISES CO., LTD.; CASABLANCA BRIDALS, INC.; IMPRESSION BRIDAL, INC.; FORMOSA SUNRISE LLC; ESSENSE OF AUSTRALIA, INC.; EDWARD BERGER, INC.;  JOVANI FASHIONS LTD., PRECIOUS FORMALS, INC.; COUNTESS CORPORATION; and FAVIANA INTERNATIONAL, INC.,<br><br>                              Plaintiffs,<br>     v.<br><br>2016DRESSFORPROM.COM<br>4QUINCEANERADRESSES.COM<br>8WDSHOP.COM<br>8WDSHOPS.COM<br>ABENDKLEIDBRAUTKLEIDER.COM<br>ABPROM.COM<br>ADRESSPLAQUES.COM<br>AFRADRESS.COM<br>AIROTRADER.COM<br>ALHAMBRAREPROGRAPHICS.COM<br>AMANDADRESS.COM<br>AMANDANOVIASBRIDAL.COM<br>AMAZDRESS.COM<br>AMAZINGPROMGOWNS.COM<br>ANGELINADRESS.COM<br>ANGELINSHOP.COM<br>APPARELFIRST.COM<br>ARNOWELEGANT.COM<br>ARTDZN.COM<br>ARTOFJESUS.COM<br>AUBRIDALDRESSES.COM<br>AUBRIDALDRESSY.COM<br>AUBRIDESMAID.COM<br>AUPROMDRESSES.COM<br>AURORALDRESS.COM<br>BASHOUSE.COM<br>BEACHWEDDING-CHEAPDRESSUK.COM | **CIVIL ACTION NO:**<br>**3:16-cv-08272 (AET)(LHG)**<br><br><br>NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,<br>AGAINST DEFENDANTS,<br>**ABENDKLEIDBRAUTKLEIDER.COM,<br>ALHAMBRAREPROGRAPHICS.COM,<br>BRAUTKLEIDERHOCHZEITSKLEIDER.COM,<br>CA-BRIDAL.COM, and<br>DOBRIDESMAIDRESS.COM** |

| |  |
|---|---|
| BEACHWEDDINGDRESSESUK.COM<br>BEADEDITIS.COM<br>BELLAGOWN.COM<br>BELLAPROMDRESS.COM<br>BESSPROM.COM<br>BEST4YOURPROM.COM<br>BESTNOVIAS.COM<br>BETTYPROM.COM<br>BINLENNYCLOTHING.COM<br>BINQIORDERLY.COM<br>BIXIZHIRAN.COM<br>BIYDRESS.COM<br>BONYME.COM<br>BRAIDALMAX.COM<br>BRAUTKLEIDER-ABENDKLEIDERN.COM<br>BRAUTKLEIDERHOCHZEITSKLEIDER.COM<br>BRIDALAU.COM<br>BRIDALGAZETTE.COM<br>BRIDALSHOPMAG.COM<br>BRIDALSHOPMONTANA.COM<br>BRIDALSHOPNEWHAMPSHIRE.COM<br>BRIDALSHOPUTAH.COM<br>BRIDEFORMALDRESS.COM<br>BRIDESABLE.COM<br>BRIDESOUTLETS.COM<br>BUNDPRO.COM<br>BUSY-DONE.COM<br>BUYBRIDALWEDDINGDRESSES.COM<br>BUYNEWDRESSES.COM<br>CA-BRIDAL.COM<br>CARLADRESS.COM<br>CASSIEDRESS.COM<br>CHARADRESS.COM<br>CHARLOTTEDRESS.COM<br>CHARMPROMS.COM<br>CHEAPBRIDALWEDDINGDRESSES.COM<br>CHEAPDRESSALE.COM<br>CHEAPESTPROM.COM<br>CHEAPLAFEMMEDRESSES.COM<br>CHENENSHOP.COM<br>CHICHOMECOMINGDRESS.COM<br>CHRISDRESS.COM<br>CODRESSESLA.COM<br>COREJ.COM<br>CRAOLINE.COM<br>CUTEHOMECOMINGDRESSES2016.COM<br>CYNTHIADRESS.COM<br>DAFLINE.COM<br>DANADRESS.COM<br>DAVOSBRIDALS.COM<br>DEBBYDRESS.COM | |

2

| | |
|---|---|
| DELIADRESS.COM<br>DESIGNERDRESS4U.COM<br>DIADELABODA.COM<br>DIAMONDOSE.COM<br>DINGYADIDEAL.COM<br>DIYPROMDRESS.COM<br>DOBRIDESMAIDRESS.COM<br>DRESSAHEAD.COM<br>DRESSBANG.COM<br>DRESSBRIDALGOWNS.COM<br>DRESSESCOMEON.COM<br>DRESSESCUSTOMIZD.COM<br>DRESSESONE.COM<br>DRESSESPROMCHEAP.COM<br>DRESSESPROMSHOP.COM<br>DRESSESWOO.COM<br>DRESSONLINEMALL.COM<br>DRESSSEA.COM<br>DRESSSMILE.COM<br>DRESSWEDDINGBRIDAL.COM<br>DRESSWEDDINGGOWNS.COM<br>DRESSYFORMAL.COM<br>JOHN DOES 1-1,000 and<br>XYZ COMPANIES 1-1,000,<br><br>                             Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs hereby notify this Court that plaintiffs voluntarily dismiss, without prejudice, the claims in this action against the following defendants, **Abendkleidbrautkleider.com, Alhambrareprographics.com, Brautkleiderhochzeitskleider.com, Ca-bridal.com and Dobridesmaidress.com**.

Dated: December 21, 2016                    STARK & STARK
                                            A Professional Corporation

                                            By:    s/Craig S. Hilliard
                                                   CRAIG S. HILLIARD
                                                   993 Lenox Drive, Bldg. Two
                                                   Lawrenceville, NJ 08648
                                                   Telephone: (609) 895-7346
                                                   Facsimile: (609) 895-7395
                                                   chilliard@stark-stark.com
                                                   *Attorneys for Plaintiffs*