UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BRIDAL & PROM INDUSTRY ASSOCIATION, INC.; MON CHERI BRIDALS, LLC; PROMGIRL, INC.; MAGGIE SOTTERO DESIGNS, LLC; LA FEMME BOUTIQUE, INC.; PROMGIRL, LLC; ALYCE DESIGNS, INC.; ALLURE BRIDALS, INC.; NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET"; MORI LEE, LLC; LOVELANE, LLC; BONNY MT ENTERPRISES CO., LTD.; CASABLANCA BRIDALS, INC.; IMPRESSION BRIDAL, INC.; FORMOSA SUNRISE LLC; ESSENSE OF AUSTRALIA, INC.; EDWARD BERGER, INC.; JOVANI FASHIONS LTD.; PRECIOUS FORMALS, INC.; COUNTESS CORPORATION; and FAVIANA INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> 2016DRESSFORPROM.COM <br> 4QUINCEANERADRESSES.COM <br> 8WDSHOP.COM <br> 8WDSHOPS.COM <br> ABENDKLEIDBRAUTKLEIDER.COM <br> ABPROM.COM <br> ADRESSPLAQUES.COM <br> AFRADRESS.COM <br> AIROTRADER.COM <br> ALHAMBRAREPROGRAPHICS.COM <br> AMANDADRESS.COM <br> AMANDANOVIASBRIDAL.COM <br> AMAZDRESS.COM <br> AMAZINGPROMGOWNS.COM <br> ANGELINADRESS.COM <br> ANGELINSHOP.COM <br> APPARELFIRST.COM <br> ARNOWELEGANT.COM <br> ARTDZN.COM <br> ARTOFJESUS.COM <br> AUBRIDALDRESSES.COM <br> AUBRIDALDRESSY.COM <br> AUBRIDESMAID.COM <br> AUPROMDRESSES.COM <br> AURORALDRESS.COM | CIVIL ACTION NO: 3:16-cv-08272 (AET)(LHG) <br><br> AMENDED PRELIMINARY INJUNCTION ORDER <br><br><br> RECEIVED <br><br> FEB 24 2017 <br><br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

| |  |
|---|---|
| BASHOUSE.COM<br>BEACHWEDDING-CHEAPDRESSUK.COM<br>BEACHWEDDINGDRESSESUK.COM<br>BEADEDITIS.COM<br>BELLAGOWN.COM<br>BELLAPROMDRESS.COM<br>BESSPROM.COM<br>BEST4YOURPROM.COM<br>BESTNOVIAS.COM<br>BETTYPROM.COM<br>BINLENNYCLOTHING.COM<br>BINQIORDERLY.COM<br>BIXIZHIRAN.COM<br>BIYDRESS.COM<br>BONYME.COM<br>BRAIDALMAX.COM<br>BRAUTKLEIDER-ABENDKLEIDERN.COM<br>BRAUTKLEIDERHOCHZEITSKLEIDER.COM<br>BRIDALAU.COM<br>BRIDALGAZETTE.COM<br>BRIDALSHOPMAG.COM<br>BRIDALSHOPMONTANA.COM<br>BRIDALSHOPNEWHAMPSHIRE.COM<br>BRIDALSHOPUTAH.COM<br>BRIDEFORMALDRESS.COM<br>BRIDESABLE.COM<br>BRIDESOUTLETS.COM<br>BUNDPRO.COM<br>BUSY-DONE.COM<br>BUYBRIDALWEDDINGDRESSES.COM<br>BUYNEWDRESSES.COM<br>CA-BRIDAL.COM<br>CARLADRESS.COM<br>CASSIEDRESS.COM<br>CHARADRESS.COM<br>CHARLOTTEDRESS.COM<br>CHARMPROMS.COM<br>CHEAPBRIDALWEDDINGDRESSES.COM<br>CHEAPDRESSALE.COM<br>CHEAPESTPROM.COM<br>CHEAPLAFEMMEDRESSES.COM<br>CHENENSHOP.COM<br>CHICHOMECOMINGDRESS.COM<br>CHRISDRESS.COM<br>CODRESSESLA.COM<br>COREJ.COM<br>CRAOLINE.COM<br>CUTEHOMECOMINGDRESSES2016.COM<br>CYNTHIADRESS.COM<br>DAFLINE.COM |  |

| | |
|---|---|
| DANADRESS.COM<br>DAVOSBRIDALS.COM<br>DEBBYDRESS.COM<br>DELIADRESS.COM<br>DESIGNERDRESS4U.COM<br>DIADELABODA.COM<br>DIAMONDOSE.COM<br>DINGYADIDEAL.COM<br>DIYPROMDRESS.COM<br>DOBRIDESMAIDRESS.COM<br>DRESSAHEAD.COM<br>DRESSBANG.COM<br>DRESSBRIDALGOWNS.COM<br>DRESSESCOMEON.COM<br>DRESSESCUSTOMIZD.COM<br>DRESSESONE.COM<br>DRESSESPROMCHEAP.COM<br>DRESSESPROMSHOP.COM<br>DRESSESWOO.COM<br>DRESSONLINEMALL.COM<br>DRESSSEA.COM<br>DRESSSMILE.COM<br>DRESSWEDDINGBRIDAL.COM<br>DRESSWEDDINGGOWNS.COM<br>DRESSYFORMAL.COM<br>JOHN DOES 1-1,000 and<br>XYZ COMPANIES 1-1,000,<br><br>                    Defendants. | |

Plaintiffs having opened this matter to the Court on an application for an amendment to the Preliminary Injunction Order entered on January 11, 2017 (Docket #13), on the ground that the domain registry, Verisign, Inc., seeks clarification of certain directives contained in the Order; and for good and sufficient cause shown,

IT IS on this _____ day of _____, 2017,

ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, the domain name registries, including but not limited to VeriSign, Inc., Neustar, Inc., and Public Interest Registry, and/or the individual registrars holding or listing one or more of the

domain names used in conjunction with Defendants' Infringing Web Sites shall, within three (3) days of receipt of this Order, disable these domain names, through a registry hold or otherwise, and/or unlock and transfer them to a registrar or account designated in writing by Plaintiffs, to be maintained until the further Order of this Court; and it is

FURTHER ORDERED, that in all other respects, the Preliminary Injunction Order shall remain in full force and effect.

SIGNED this 24th day of February, 2017.

*Anne E. Thompson*

HON. ANNE E. THOMPSON, U.S.D.J

4822-5819-2452, v. 1